**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EDDIE SCOTT, JR.**                                                                   **PLAINTIFF**

v.                      **No: 4:21-cv-00538-JM**

**RODNEY WRIGHT,** *et al.*                                        **DEFENDANTS**

**ORDER**

Plaintiff Eddie Scott Jr. filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 21, 2021 (Doc. No. 1). On June 23, 2021, the Court entered an order directing Scott to submit the full $402.00 filing and administrative fees or file a fully completed *in forma pauperis* application within 30 days. *See* Doc. No. 2. Scott was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Scott has not complied or otherwise responded to the June 23 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Scott's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of August, 2021.

                                                          UNITED STATES DISTRICT JUDGE